O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE DANIEL SANCHEZ, | ) | NO. EDCV 14-2317-JGB (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 26, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE